■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT CONKLIN, Appellant.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ GEORGE POLLACK, Respondent, v. BARNEY BRAINUM, Individually and as Managing Partner of Barney Brainum Steel Co., Defendant, and BARNEY BRAINUM STEEL Co., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCISCO BRANIZHIE DURAN, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of the Estate of NAJEEB KIAMIE, Deceased. FAREED KIAMIE, as Executor of NAJEEB KIAMIE, Deceased, Respondent; COLONIAL TRUST COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Bastow, JJ.

■ ALBERT GALLEGO, Respondent, v. MATTY J. PIETRZAK, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ In the Matter of NICOLA BENEVENTO et al., Similarly Situated, Respondents, against JOSEPH SCHECHTER et al., Constituting the City Civil Service Commission of the City of New York, et al., Appellants.— Orders unanimously reversed on the law, without costs, and petition dismissed with leave to petitioners to serve new petition, if so advised. (See *Matter of O'Gorman* v. *Schechter*, 5 A D 2d 212.) Concur — Botein, P. J., Breitel, Valente and Bastow, JJ.

■ MORRIS ORESKY, Respondent, v. MANHATTAN SAVINGS BANK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. It is not necessary to plead the matter contained in the separate defense and counterclaim in order to ensure its materiality under the pleadings. If defendant offers evidence relating to the allegations of the aforementioned defense and counterclaim, it will be for the trial court to pass upon its admissibility. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ I. WILLIAM GARFIELD, Appellant, v. BERNARD J. GILLROY, Respondent. — Order and judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.

■ CHEMICAL CORN EXCHANGE BANK, Respondent, v. WALTER WASSUNG, Appellant.— Judgment unanimously reversed and the complaint dismissed, on the facts and on the law, with costs. Fraud will not be presumed and he who alleges fraud must prove it by a fair preponderance of the credible evidence. There is neither proof of deliberate concealment of material facts with intent to defraud nor, as we view the record in light of some of the findings stated in the opinion, is there evidence of reckless disregard of the truth. Settle order on notice. Concur — Botein, P. J., Breitel, Valente, Stevens and Bastow, JJ.